PAUL J. FISHMAN
UNITED STATES ATTORNEY
CHRISTOPHER D. AMORE
ASSISTANT U.S. ATTORNEY
970 BROAD STREET, ROOM 700
NEWARK, NEW JERSEY 07102
Tel. (973) 645-2757
Fax. (973) 645-3210
Email: christopher.amore@usdoj.gov

2016A41241:001

May 17, 2016

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | HON. SUSAN D. WIGENTON |
| PLAINTIFF, | : | CIVIL ACTION NO. 16-01986 |
| V. | : | NOTICE OF VOLUNTARY DISMISSAL |
| LYCA TEL, LLC, | : | Document filed electronically |
| DEFENDANT. | : | |

The United States of America, plaintiff herein, through its undersigned counsel and pursuant to Rule 41 (A)(1)(1) of the Federal Rules of Civil Procedure, hereby dismisses the action on its own behalf as to defendant Lyca Tel, LLC without prejudice.

PAUL J. FISHMAN
UNITED STATES ATTORNEY

By:   s/CHRISTOPHER D. AMORE
CHRISTOPHER D. AMORE
ASSISTANT U.S. ATTORNEY

So Ordered
this 18th day of May, 2016
Susan D. Wigenton, U.S.D.J.